BEFORE THE SECOND DIVISION, DECEMBER 16, 1965

No. 69695.—Schick X-Ray Co., Inc. *v.* United States, protest 64/3331–13852 (Chicago).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of injectors or parts thereof, dedicated for use therewith, in chief value of metal, not laboratory apparatus, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.